IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL EDWARD JOHNSTON, JR**, | : | CIVIL ACTION NO. 1:21-CV-652 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **MORRIS HOUSER**, *et al.*, | : | |
| Respondents | : | |

# **ORDER**

AND NOW, this 24th day of October, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DENIED with prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to terminate the Attorney General of Pennsylvania and the District Attorney of Bradford County, Pennsylvania as respondents in this action.

4. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania